No. 80–143. DETWEILER v. DETWEILER. Super. Ct. Pa. Certiorari denied.

No. 80–149. MISCELLANEOUS DRIVERS & HELPERS UNION, LOCAL 610 v. PULITZER PUBLISHING CO. ET AL. C. A. 8th Cir. Certiorari denied.

No. 80–150. HARTFORD ACCIDENT & INDEMNITY CO. v. MILES. Ct. Civ. App. Tex., 2d Sup. Jud. Dist. Certiorari denied.

No. 80–152. BOCRA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 80–160. RUSECKAS v. GUNSTEN, T/A GUNSTEN AGENCY, ET AL. C. A. 4th Cir. Certiorari denied.

No. 80–165. MAISLIN TRANSPORT OF DELAWARE ET AL. v. FARRELL LINES, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 80–168. HUTCHER v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 80–179. AUTRY ET AL. v. FLORES ET UX. C. A. 9th Cir. Certiorari denied.

No. 80–181. GORE ET AL. v. WOCHNER ET AL. C. A. 8th Cir. Certiorari denied.

No. 80–187. RUSH v. BAYFRONT MEDICAL CENTER, INC. C. A. 5th Cir. Certiorari denied.

No. 80–188. KONSCOL v. GEORGIA EX REL. KONSCOL. Sup. Ct. Ga. Certiorari denied.

No. 80–198. BOUCHER v. CITY OF HAVRE, MONTANA, ET AL. Sup. Ct. Mont. Certiorari denied.